1 John F. Cannon, State Bar No. 149263
jcannon@sycr.com
2 Jeremy G. Suiter, State Bar No. 203853
jsuiter@sycr.com
3 Stephen L. Ram, State Bar No. 240769
sram@sycr.com
4 STRADLING YOCCA CARLSON & RAUTH
660 Newport Center Drive, Suite 1600
5 Newport Beach, CA  92660-6422
Telephone:  (949) 725-4000
6 Fax:  (949) 725-4100

7 Attorneys for Defendants/Counterclaimants
KOOSHAREM CORPORATION and
8 SELECT PERSONNEL SERVICES, INC.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| CANDLEWOOD PARTNERS, LLC, an Ohio limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>KOOSHAREM CORPORATION, a California corporation, and SELECT PERSONNEL SERVICES, INC., a California corporation,<br><br>Defendants. | CASE NO. 06-CV-08119 AHM (Ex)<br><br>Judge A. Howard Matz<br><br>**ORDER OF DISMISSAL** |
| KOOSHAREM CORPORATION, a California corporation, and SELECT PERSONNEL SERVICES, INC., a California corporation,<br><br>Counterclaimants,<br><br>vs.<br><br>CANDLEWOOD PARTNERS, LLC, an Ohio limited liability company,<br><br>Counter-Defendant. | |

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

/v/-

1     For good cause appearing and pursuant to the stipulation of the parties, IT
2 IS ORDERED that all claims and counterclaims in this action are dismissed with
3 prejudice pursuant to Federal Rule of Civil Procedure 41, that each party shall bear
4 its own attorneys' fees and costs, and that the Court shall retain jurisdiction over
5 this action to enforce the settlement agreement between the parties.
6     The Clerk is directed to close this file.

7

8 Dated: March 17, 2008     By: _____
9 **Make JS-6**     Honorable A. Howard Matz
    United States District Judge

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

-2-

/v/-